Kent F. Larsen, Esq.
Nevada Bar No. 3463
Christopher L. Benner, Esq.
Nevada Bar No. 8963
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       clb@slwlaw.com
*Attorneys for Plaintiffs*
*JPMorgan Chase Bank, N.A. and*
*Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLURE HOMEOWNERS' ASSOCIATION, INC., a Nevada non-profit corporation,<br><br>Defendant. | CASE NO: 2:17-cv-01652-KJD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

Plaintiffs JPMorgan Chase Bank, N.A., and Federal National Mortgage Association ("Plaintiffs") and Defendant Allure Homeowners' Association (the "Association"), (collectively, the "Plaintiffs") and Defendant Allure Homeowners' Association, Inc., ("Allure") (Allure and Plaintiffs are collectively referred to as the "Parties") by and through their respective counsel of record, hereby stipulate and agree as follows:

1. This matter relates to real property located at 200 W. Sahara Avenue, #812, Las Vegas, Nevada 89119; Parcel No. 162-04-815-067 (the "Property"). The Property

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

is more specifically described as:

> Parcel One (1): Unit No. 306, located on Floor 3 of Allure Condominiums as shown by map thereof on file in Book 138 of Plats, Page 16 in the Office of the County Recorder of Clark County, Nevada (the "Condominium Plat") and as defined and set forth in and subject to that certain Declaration of Condominium for Allure Condominiums, recorded on October 4, 2007, in Book 20071004 as instrument 0004147, of the Official Records of the County Recorder, Clark County, Nevada (the "Declaration").
>
> Parcel Two (2): ; An undivided fractional interest in the Common Elements, as more fully provided in Section 5.1 of the Declaration, and shown on the Condominium Plat.
>
> Parcel Three (3): A non-exclusive easement for ingress, egress and recreational use on, over and under the Common Elements shown on the Condominium Plat and subject to the terms, conditions and restrictions of such use under the terms of the Declaration, which easement is appurtenant to Parcels One (1) and Two (2) above. EXCEPTING THEREFROM all Units and Limited Common Elements not appurtenant to the Unit being conveyed by this deed as shown on the Condominium Plat and more particularly described in the Declaration. AND FURTHER EXCEPTING THEREFROM for the benefit of owners in future development, non-exclusive easements on, over and under the Common Elements as shown on the Condominium Plat for ingress, egress and use, but subject to the terms and conditions of the Declaration.
>
> Parcel Four (4): The exclusive right to use the following Limited Common Elements: (a) Parking Space(s) 281; all as described as such in the Declaration and appurtenant to Parcels One (1) and Two (2) described above.

2. Chase is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on February 19, 2008, as Instrument Number 20080219-0003233 in the Official Records of Clark County, Nevada (the "Deed of Trust").

3. On December 24, 2013, Allure recorded a Foreclosure Deed as Instrument Number 20131224-0000929 in the Official Records of Clark County, Nevada (the "HOA Foreclosure Deed"), reflecting that the Association purchase the Property at a foreclosure sale of the Property held on November 26, 2013.

4. On June 14, 2017, Plaintiffs initiated a quiet title action against George in the

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

United States District Court, District of Nevada (the "Quiet Title Action").

5. The Parties have entered a confidential settlement agreement in which they have settled all claims between them in this case.

6. The Deed of Trust survived and was not extinguished in any capacity by the HOA Sale or the recording of the HOA Foreclosure Deed. The Deed of Trust remains a valid encumbrance against the Property following the recording of the HOA Foreclosure Deed, and Allure's interest in the Property is subject to the Deed of Trust.

7. Each party is to bear their own fees and costs.

| Dated this February 22, 2019 | Dated February 22, 2019 |
|---|---|
| SMITH LARSEN & WIXOM | LEACH KERN GRUCHOW ANDERSON & SONG |
| */s/ Christopher L. Benner* | */s/ T. Chase Pittsenbarger* |
| Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Christopher L. Benner, Esq.<br>Nevada Bar No. 8963<br>Preston S. Mathews, Esq.<br>Nevada Bar No. 13720<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiffs<br>JPMorgan Chase Bank, N.A. and<br>Federal National Mortgage Association | Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>T. Chase Pittsenbarger, Esq.<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>Attorneys for Defendant<br>Allure Homeowners' Association |

## **ORDER**

Based on the above stipulation between Plaintiffs and Defendant Allure, the Parties' agreement, and good cause appearing therefore,

**IT IS ORDERED** that the Deed of Trust recorded in the Official Records of Clark County, Nevada against the real property located at 200 W. Sahara Avenue, #812, Las Vegas, Nevada 89119; Parcel No. 162-04-815-067 (the "Property") on February 19, 2008, as

3

Instrument Number 20080219-0003233 was not extinguished, impaired, or otherwise affected by the foreclosure sale conducted by the Allure Homeowners' Association (the "Association") on November 26, 2013 or the recording of the Foreclosure Deed in the Official Records of Clark County, Nevada, on December 24, 2013, as Instrument Number 20131224-0000929, reflecting that the Association purchased the Property at the foreclosure sale. Allure's interest in the Property is subject to the Deed of Trust.

**IT IS FURTHER ORDERED** that Plaintiffs shall be entitled to record this STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

**IT IS FURTHER ORDERED** that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

_____
UNITED STATES JUDGE

DATED: February 25, 2019

Respectfully submitted:

SMITH LARSON & WIXOM

*/s/ Christopher L. Benner*
Christopher L. Benner, Esq.
Nevada Bar No. 8963
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiffs
JPMorgan Chase Bank, N.A. and
Federal National Mortgage Association

4